# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Willie Worley, Jr.,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

vs.                                          3:09-cv-349-MU

City of Charlotte and Mecklenburg County,

    Defendants.

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2009 Order.

                                                 Signed: August 14, 2009

                                                 FRANK G. JOHNS, CLERK OF COURT

                                                 BY:  s/Wendy Brinley
                                                         Wendy Brinley, Deputy Clerk